**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TYRONE B. HILL                                                                                                    PLAINTIFF
Reg. #71015-004

V.                                              2:07CV00080 SWW/HDY

LINDA SANDERS, Warden, FCI-Forrest City;
KENNETH NORMAN, Counselor, Federal
Bureau of Prisons; G. MALONADO, JR., Director,
Regional Office; and JOHN DOE #1, a/k/a
"A.D." and DOE INMATES #2 - #3                                              DEFENDANTS

**ORDER**

Plaintiff has filed a Complaint (docket entry #2) alleging *Bivens* claims. Construing Plaintiff's pleadings liberally, the Court ruled that Plaintiff stated a cognizable claim for relief and ordered service upon Defendants (docket entry #3). The Court at that time failed to properly execute service upon the office of the United States Attorney or the parties. The Clerk of the Court is, therefore, directed to prepare summons for Defendants, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), this Order, and summons on Defendants Maldonado and Sanders, the Bureau of Prisons, and the Attorney General of the United States at Washington, District of Columbia, as provided in Rule 4(i) of the Federal Rules of Civil Procedure, without prepayment of fees and costs or security therefore.

The Assistant U.S. Attorney has informed the Court that they will not accept service on behalf of these Defendants, and that Defendant Norman is no longer employed by the Bureau of Prisons. Therefore, the Clerk of the Court should remove the Assistant Attorney General as the

counsel of record for the parties until she determines who amongst the Defendants she represents. In the meantime, however, the U.S. Attorney's Office and the Bureau of Prisons are directed to provide to the Court, within fourteen (14) days of the entry date of this Order, the last known address or addresses for Defendant Norman, along with any other identifying information about this former employee to enable the Court to achieve service of process upon him. The Clerk of the Court is directed to file this information when it is provided under seal.

     DATED this __20__ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE