**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TYRONE B. HILL                                                                                    PLAINTIFF
Reg. #71015-004

V.                                         2:07CV00080 SWW/JFF

LINDA SANDERS *et al.*                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge John F. Forster, Jr. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED that Plaintiff's cause of action is dismissed without prejudice, and any pending motions are DENIED AS MOOT.

.        DATED this 29th day of February 2008.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE